**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:19-cv-23873-KMM

PATRICIA L. LOMBANA,

  Plaintiff,
v.

ANDREW SAUL, Commissioner of
Social Security Administration,

  Defendant.
                /

**ORDER ON REPORT AND RECOMMENDATION**

THIS CAUSE came before the Court upon the Parties' cross motions for summary judgment. Plaintiff Patricia Lombana ("Plaintiff") filed the Complaint seeking review of a final decision of the Commissioner of Social Security ("Defendant"). (ECF No. 1). On March 24, 2020, Plaintiff filed her Motion for Summary Judgment and Memorandum in Support Thereof. ("Pl.'s Mot.") (ECF No. 19). On April 23, 2020, Defendant filed his Motion for Summary Judgment with Supporting Memorandum of Law and Opposition to Plaintiff's Motion for Summary Judgment. ("Def.'s Mot.") (ECF No. 20). The Court referred the matter to the Honorable Jacqueline Becerra, United States Magistrate Judge, who issued a Report and Recommendation recommending that Plaintiff's Motion be DENIED, and Defendant's Motion be GRANTED. ("R&R") (ECF No. 26). The Parties did not file objections to the R&R and the time to do so has passed. The matter is now ripe for review. As set forth below, the Court ADOPTS the R&R.[1]

---

[1] The Court adopts the R&R with the following alteration: on page thirteen, line four, the citation to "20 C.F.R. § 416.906(b)(3)" should be deleted.

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

As set forth in the R&R, Magistrate Judge Becerra makes the following findings: (1) the Administrative Law Judge ("ALJ") did not err in finding that Plaintiff is able to return to her past relevant work as performed; (2) the ALJ's assessment of Plaintiff's Residual Functional Capacity ("RFC") is supported by substantial evidence and did not require a medical opinion; (3) the ALJ did not err in assigning little weight to the medical opinions of Plaintiff's treating physicians, Dr. Manuel Feijoo and Dr. Sara Zayas; and (4) the ALJ did not fail to consider the side effects of Plaintiff's medications. R&R at 11–24. This Court agrees.

Accordingly, UPON CONSIDERATION of the R&R, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the R&R (ECF No. 26) is ADOPTED, Plaintiff's Motion (ECF No. 19) is DENIED and Defendant's Motion (ECF No. 20) is GRANTED. The Clerk of Court is INSTRUCTED to CLOSE this case. All pending motions, if any, are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of September, 2020.

K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

c: All counsel of record